IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 20 PM 4:5_

ROBERT R. DI___ ___
CLERK, U.S. DI__ __T.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MORGAN & THORNBURG, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No.: 05-2109 Ml/An |
| ) | |
| M.A. MORTENSON COMPANY, ) | |
| FEDERAL INSURANCE COMPANY, and ) | |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PBA'S MOTION TO INTERVENE

Before the Court is the Motion to Intervene of the New Memphis Public Building Authority of Memphis and Shelby County ("PBA"). For good cause shown, the PBA's Motion to Intervene is GRANTED and the PBA is hereby allowed to intervene as a Defendant in this cause.

IT IS SO ORDERED this _20_ day of _April_, 2005.

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4-21-05_

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Robert L.J. Spence
SPENCE LAW FIRM, PLLC
119 S. Main St.
Ste. 500
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT