FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 23  PM 12: 11

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MORGAN & THORNBURG, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-2109 Ml/V |
| ) | |
| M.A. MORETNSON COMPANY, ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| and AMERICAN HOME ASSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on April 25, 2005 by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.  The non-jury trial in this matter, which is anticipated to last two (2) weeks, is set to begin <u>Monday, June 19, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.  A pretrial conference is set for <u>Monday, June 12, 2006 at 8:45 a.m.</u>

3.  The joint pretrial order is due by no later than 4:30 p.m. on <u>June 5, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-05

14

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 23 day of May, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT