IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 15 PM 4:04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MORGAN & THORNBURG, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M.A. MORTENSON COMPANY, )<br>FEDERAL INSURANCE COMPANY, )<br>and AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>)<br>Defendants. )<br>) | No. 05-2109 Ml/V |

ORDER GRANTING MOTIONS FOR ADMISSION PRO HAC VICE

It is ORDERED that the June 13, 2005, Motion for Admission *Pro Hac Vice* of Attorney James J. Hartnett, IV on behalf of Defendants M.A. Mortenson Company and American Home Assurance Company is hereby GRANTED.

ENTERED this ____ day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-16-05__

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT