IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 2: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MORGAN & THORNBURG, INC.,

        Plaintiffs,

v.                                                    Civil Action No.: 05-2109 M1/V

M.A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE
COMPANY,

        Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

        Intervening Defendant
        and Third-Party Plaintiff,

v.

ELLERBE BECKET, INC.,

        Third-Party Defendant

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

---

For good cause shown the Third-Party Defendant Ellerbe Becket, Inc. is granted an

additional twenty (20) days to plead to the third-party complaint, *on or before*

*July 20, 2005.*

_____
UNITED STATES DISTRICT JUDGE

OR

*Diane K. Vescovo*
_____
UNITED STATES MAGISTRATE JUDGE

*June 30, 2005*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-1-05_

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Honorable Jon McCalla
US DISTRICT COURT