# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 22 PM 4:40

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D OF TN. MEMPHIS

MORGAN & THORNBURG, INC.,

    Plaintiff,

vs.

Civil Action No.: 05-2109 M1/An

M. A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,

    Defendants,

vs.

THE NEW MEMPHIS ARENA
PUBLIC BUILDING AUTHORITY OF
MEMPHIS AND SHELBY COUNTY,

    Intervenor Defendant.

---

## ORDER GRANTING
## MOTION FOR SUBSTITUTION OF COUNSEL

---

**IT APPEARS TO THE COURT** that the parties hereto consent and stipulate that Fred E.

Jones, Jr. may substitute in as counsel for the New Memphis Public Building Authority of Memphis

and Shelby County in place of current counsel of record, Robert L. J. Spence, Jr.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Fred E. Jones, Jr.

be substituted in as counsel or record for The New Memphis Public Building Authority of Memphis

and Shelby County in place of Robert L. J. Spence, Jr.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-23-05_



_Diane K. Vescovo_
JUDGE   U.S. Magistrate Judge

_August 22, 2005_
DATE

I:\Atty_all\Skip\Holding\Morgan and Thornburg\Order Granting Motion for Substitution of Counsel.wpd

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in
case 2:05-CV-02109 was distributed by fax, mail, or direct printing on
August 23, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT