UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 AUG 22 PM 4: 40
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MORGAN & THORNBURG, INC.,

    Plaintiff,

vs.                                        Civil Action No.: 05-2109 M1/An

M. A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,

    Defendants,

vs.

THE NEW MEMPHIS ARENA
PUBLIC BUILDING AUTHORITY OF
MEMPHIS AND SHELBY COUNTY,

    Intervenor Defendant.

## ORDER GRANTING
## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH
## TO MOVE, PLEAD OR OTHERWISE RESPOND TO CROSS-CLAIM

**IT APPEARS TO THE COURT** that the parties hereto consent and stipulate that The New Memphis Public Building Authority of Memphis and Shelby County may, at the court's discretion, be granted an additional thirty (30) days in which to move, please or otherwise respond to the Cross-Claim filed against it by M.A. Mortenson Company.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that The New Memphis Public Building Authority of Memphis and Shelby County shall be given thirty (30) days from date of entry of this Order to move, plead or otherwise respond to the Cross-Claim brought

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05

31

against it by M.A. Mortenson Company.

_____
JUDGE U.S. Magistrate Judge

_____
DATE August 22, 2005

I:\Atty_all\Skip\Holding\Morgan and Thornburg\Order Granting Motion for Enlargement of Time Respond to Crossclaim.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT