IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 29 PM 5: 10

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

MORGAN & THORNBURG, INC.,

    Plaintiffs,

v.                                              Civil Action No.: 05-2109 M1/V

M.A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE
COMPANY,

    Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

    Intervening Defendant
    and Third-Party Plaintiff,

v.

ELLERBE BECKET, INC.,

    Third-Party Defendant

## ORDER GRANTING MOTION FOR LEAVE TO AMEND

Third Party Ellerbe Becket, Inc. has moved the Court for leave to amend to file a counterclaim for sums due and owing to it from Third Party Plaintiff New Memphis Arena Public Building Authority of Memphis and Shelby County.

It is early in this litigation, and Rule 15 provides that leave to amend shall be freely granted, it is therefore

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-3-05

ORDERED that Third Party Ellerbe Becket, Inc. is granted leave to amend to file a counterclaim against Third Party Plaintiff New Memphis Arena Public Building Authority of Memphis and Shelby County. The counterclaim must be filed within thirty (30) days ~~of date~~ of entry of this order.

_____
HON. JON P. McCALLA
UNITED STATES DISTRICT JUDGE

OR

_Diane K. Vescovo_
HON. DIANE VESCOVO
UNITED STATES MAGISTRATE JUDGE

September 29, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT