IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MORGAN & THORNBURG, INC.,

    Plaintiff,

vs.                                    NO. 05-2109 M1

M. A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,

    Defendants.

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

    Intervening Defendant
    and Third-Party Plaintiff,

vs.

ELLERBE BECKET, INC.,

    Third-Party Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO MAKE RULE 26 EXPERT WITNESS DISCLOSURES

IT APPEARING to the Court upon good cause shown that the Motion of Plaintiff to provide additional time in which to make Rule 26 Expert Witness Disclosure is granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the Scheduling Order dated April 22, 2005, establishing October 3, 2005, as the deadline for Plaintiff to make Rule 26

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-4-05



Expert Witness Disclosures is amended to allow Plaintiff until November 15, 2005, for said disclosures.

*[signature]*
JUDGE

DATE: September 30, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT