IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT -4 PM 3: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MORGAN & THORNBURG, INC.,

        Plaintiffs,

v.

        Civil Action No.: 05-2109 M1/V

M.A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE
COMPANY,

        Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

        Intervening Defendant
        and Third-Party Plaintiff,

v.

ELLERBE BECKET, INC.,

        Third-Party Defendant

---

ORDER GRANTING MOTION OF
NEW THIRD PARTY DEFENDANT ELLERBE BECKET, INC.
FOR REVISIONS TO RULE 16(b) SCHEDULING ORDER AND
FOR NEW TRIAL DATE AND SETTING SCHEDULING CONFERENCE

---

ORDERED for good cause shown, that the Motion of Third-Party Defendant Ellerbe

Becket, Inc. to set aside and revise the present Rule 16(b) Scheduling Order entered April 22,

2005 is granted.  A scheduling conference is set for _Thursday_ _November 3, 2005_ at _2:00_ _p_.m.

A new trial date shall be set by the Court after the scheduling conference.

_Diane K. Vescovo_

~~UNITED STATES DISTRICT JUDGE~~   ~~OR~~   UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-5-05_

44

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT