IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2  PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MORGAN & THORNBURG, INC.,

      Plaintiffs,

v.

Civil Action No.: 05-2109 M1/V

M.A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE
COMPANY,

      Defendants,

NEW MEMPHIS ARENA PUBLIC BUILDING
AUTHORITY OF MEMPHIS & SHELBY
COUNTY,

      Intervening Defendant
      and Third-Party Plaintiff,

v.

ELLERBE BECKET, INC.,

      Third-Party Defendant

## JOINT RULE 16(b) REVISED SCHEDULING ORDER

After the initial Scheduling Order was entered in this case on April 22, 2005, two additional parties were added: New Memphis Arena Public Building Authority of Memphis & Shelby County, and Ellerbe Becket, Inc.

The following joint proposed new schedule has been submitted to the Court and is approved as follows:

IT IS HEREBY ORDERED THAT

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11-3-05_

1.    Amending Pleadings:  December 31, 2005 will be the deadline for amended pleadings.

2.    Completion of Plaintiff's discovery:  Plaintiff must complete its discovery on or before March 31, 2006.

3.    Completion of Defendants' discovery:  Defendants must complete their discovery on or before June 30, 2006.

4.    Initial Motions to Dismiss:  the parties must file initial motions to dismiss on or before June 30, 2006.

5.    Disclosure of Plaintiff's Rule 26 expert information and expert report:  the Plaintiff must disclose its Rule 26 expert information on or before December 31, 2005.

6.    Disclosure of Defendants' Rule 26 expert information and expert report:  the Defendants must disclose their Rule 26 expert information on or before March 31, 2006.

7.    Expert witness depositions for Plaintiff:  Plaintiff must complete its expert witness deposition of Defendants' experts on or before May 15, 2006.

8.    Expert witness depositions for Defendants:  Defendants must complete their expert witness deposition of Plaintiff's experts on or before May 15, 2006.

9.    Filing dispositive motions:  the parties must file their dispositive motions on or before June 15, 2006.  The non-movant shall have thirty (30) days to respond and the movant shall be granted, if the Court permits, fifteen (15) days to reply or may request leave of the Court for additional time to reply.

10.    Dates for the Pretrial Order, Pretrial Conference, and Jury Trial will be set by the Court.

ENTERED THIS 1st DAY OF November, 2005.

2

_Diane K. Vescovo_
HON. DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE


_Ralph Golden by Jim_
Ralph D. Golden
Golden & Mathis
6389 Quail Hollow, Suite 201
Memphis, Tennessee 38120
*Attorney for Plaintiff*

_Fred Jones by Jim_
Fred E. Jones, Jr.
Memphis City Attorney
125 N. Main Street, Suite 336
Memphis, Tennessee 38103
*Attorney for New Memphis Arena
Public Building Authority of Memphis
& Shelby County*

_John Branson by Jim_
John R. Branson
Butler, Snow, O'Mara, Stevens & Cannada
Suite 500
6075 Poplar Avenue
Memphis, Tennessee 38119
*Attorney for New Memphis Arena
Public Building Authority of Memphis
& Shelby County*

_John Houseal by Jim_
John J. Houseal, Jr.
Van D. Turner, Jr.
Glankler Brown PLLC
1700 One Commerce Square
Memphis, Tennessee 38103
*Attorney for M.A. Mortenson Company
and American Home Assurance*

_James Hartnett by Jim_
James Hartnett IV
Sara Van Norman
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

3

*Attorney for M.A. Mortenson Company*
*and American Home Assurance*


Max Shelton
Elijah Noel
Harris Shelton Hanover Walsh PLLC
2700 One Commerce Square
Memphis, Tennessee 38103
*Attorney for Federal Insurance Company*


John McQuiston, II (TN Bar No. 7806)
EVANS & PETREE
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
*Attorney for Ellerbe Beckett, Inc.*


K:\jmcquiston\Ellerbe Becket 13698-30001 and 30002\Morgan & Thornberg Suit\Pleadings\Order Joint Revised Schedule.doc

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT