IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 PM 3: 48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MORGAN & THORNBURG, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M.A. MORTENSON COMPANY, ) <br> FEDERAL INSURANCE COMPANY, ) <br> and AMERICAN HOME ASSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants, ) <br> ) <br> NEW MEMPHIS ARENA PUBLIC BUILDING ) <br> AUTHORITY OF MEMPHIS & SHELBY ) <br> COUNTY, ) <br> ) <br> Intervening Defendant ) <br> and Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELLERBE BECKET, INC., ) <br> ) <br> Third-Party Defendant ) | No. 05-2109 Ml/V |

### *AMENDED ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on November 3, 2005 by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-8-05

50

1. The non-jury trial in this matter, which is anticipated to last **two (2) weeks**, is set to begin *<u>Monday, August 21, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, August 11, 2006 at 8:45 a.m.</u>

6. The joint pretrial order is due by no later than 4:30 p.m. on <u>August 4, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this ___7___ day of December, 2005.

/s/ Jon P. McCalla
_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Don Lester Hearn
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT