IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 12 AM 10:42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MORGAN & THORNBURG, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2109 Ml/V |
| M.A. MORTENSON COMPANY, FEDERAL INSURANCE COMPANY, and AMERICAN HOME ASSURANCE COMPANY, | ) |
| Defendants, | ) |
| NEW MEMPHIS ARENA PUBLIC BUILDING AUTHORITY OF MEMPHIS & SHELBY COUNTY, | ) |
| Intervening Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| ELLERBE BECKET, INC., | ) |
| Third-Party Defendant. | ) |

## ORDER RESETTING TRIAL DATES

Pursuant to the Court's grant of the Motion of Third-Party Defendant Ellerbe Becket, Inc. to Reset Trial Date, entered December 9, 2005, the Court hereby resets the following trial dates in this case:

Trial: <u>Monday, September 18, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Monday, September 11, 2006, at 9:00 a.m.</u>

Pretrial Order: <u>Tuesday, September 5, 2006, by 4:30 p.m.</u>

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  12-12-05

(54)

So ORDERED this 9th day of December, 2005.

                                            JON P. McCALLA
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CV-02109 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Ralph D. Golden
GOLDEN LAW FIRM
6389 Quail Hollow
Ste. 201
Memphis, TN 38120

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James J. Hartnett
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402--390

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Fred E. Jones
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Don Lester Hearn
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT