UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| **MORGAN & THORNBURG, INC.** )<br>)<br>        Plaintiff,     )<br>)<br>v.                          )<br>)<br>**M. A. MORTENSON COMPANY, FEDERAL** )<br>**INSURANCE COMPANY, AND AMERICAN** )<br>**HOME ASSURANCE COMPANY,** )<br>)<br>        Defendants,    )<br>)<br>                            )    Civ. No. 05-2109 M1/V<br>)<br>**NEW MEMPHIS ARENA PUBLIC BUILDING** )<br>**AUTHORITY OF MEMPHIS AND SHELBY**  )<br>**COUNTY,**                  )<br>)<br>        Intervening Defendant )<br>        and Third-Party  )<br>        Plaintiff,       )<br>)<br>v.                          )<br>)<br>**ELLERBE BECKET, INC.,**    )<br>)<br>        Third-Party Defendant. ) | |

---

**ORDER DENYING MOTION FOR ADMINISTRATIVE DISSOLUTION AND ORDER STAYING CASE**
_____

      Before the Court is motion of Defendant New Memphis Arena Public Building Authority of Memphis and Shelby County ("Defendant PBA") for Administrative Dissolution of Case Pending Settlement. The Court DENIES this motion.  The Court hereby STAYS all proceedings in this case for sixty (60) days to allow the parties to complete settlement negotiations and to file a consent order of dismissal.  The stay will automatically terminate at the end of

sixty days, at which time the parties should proceed to meet the deadlines originally set in this case, extended for sixty days.

So ORDERED this 9th day of February, 2006.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE